NOT FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

03-1750

RONALD GRIFFIN

VERSUS

MARLENE FONTENOT,
ACADIANA MEDICAL TRANSPORTATION SERVICE, INC. AND
AUDUBON INSURANCE GROUP

**************
APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NUMBER 994518
HONORABLE THOMAS R. DUPLANTIER, PRESIDING

**************
**SYLVIA R. COOKS**
**JUDGE**
**************

Court composed of Sylvia R. Cooks, Billie C. Woodard, and Marc T. Amy, Judges.

**AFFIRMED.**

Tracy P. Curtis
Perret & Doise
600 Jefferson Street, Suite 1200
P.O. Drawer 3408
Lafayette, Louisiana 70502-3408
(337) 261-1200
COUNSEL FOR DEFENDANT/APPELLANT:
    Progressive Security Insurance Company

Philip E. Roberts
Roy, Bivins, Judice, Roberts & Wartelle
P.O. Drawer Z
Lafayette, Louisian 70502
(337) 233-7430
COUNSEL FOR DEFENDANT/APPELLEE:
    Our Lady of Lourdes Regional Medical Center, Inc.

Michael S. O'Brian
William L. Goode
William L. Goode & Associates
812 Johnston Street
P.O. Drawer 3366
Lafayette, Louisiana 70502-3366
(337) 234-0600
COUNSEL FOR PLAINTIFF:
    Ronald Griffin

Michael J. Juneau
Karen B. Levy
The Juneau Firm
The Harding Center
1018 Harding Street, Suite 202
P.O. Drawer 51268
Lafayette, Louisiana 70505-1268
(337) 269-0052
COUNSEL FOR DEFENDANT:
    Marlene Fontenot
    Acadiana Medical Transportation Service, Inc.
    Audubon Insurance Group

Viel P. Caswell, Jr.
P.O. Box 1700
Eunice, Lousiana 70535
(337) 457-2955
COUNSEL FOR DEFENDANT:
    Handicapped Conversions of Louisiana, Inc.

Michael B. Alker
Robert I. Siegel
Hoffman, Siegel, Sydel, Bienvenu, Centola & Cordes
2100 Poydras Center
650 Poydras Street
New Orleans, Louisiana 70130
(504) 523-1385
COUNSEL FOR DEFENDANT:
    American International South Insurance Company